UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17 cr 276 |
| v. | Violation: |
| MARCEL VAN WOLVELAERD | 18 U.S.C. § 1001 (False Documents) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(False Documents)

On or about June 14, 2017, in the District of Connecticut, in a matter within the jurisdiction of the executive branch of Government of the United States, MARCEL VAN WOLVELAERD knowingly and willfully made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, that is, VAN WOLVELAERD knowingly and willfully submitted, on behalf of his company CableComm, LLC, a certified claim for payment from the United States Postal Service ("Postal Service") that included three falsified invoices that falsely recorded expenses claimed to be incurred by CableComm in its work for the Postal Service.

All in violation of Title 18, United States Code, Section 1001(a)(3).

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

LIAM BRENNAN
ASSISTANT UNITED STATES ATTORNEY