UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2017 DEC 12  PM 5 00
U.S. DISTRICT COURT
NEW HAVEN, CT.

------------------------------------------x
UNITED STATES OF AMERICA       :   Crim. No. 3:17cr276 (AWT)

v.

MARCEL VAN WOLVELAERD           :   December 12, 2017

------------------------------------------x

### CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE

The captioned matter was referred to the undersigned by Alvin W. Thompson, U.S.D.J. for a hearing on a proposed plea of guilty. The defendant hereby waives his right to hold this hearing before a United States District Judge, and consents to have the colloquy required by Federal Rule of Criminal Procedure 11 conducted by a United States Magistrate Judge. The defendant affirms that he has discussed this matter with his counsel, and that he gives his consent knowingly and voluntarily. The government joins in this consent to proceed before a United States Magistrate Judge.

DATE: 12-12-17

_____
Marcel van Wolvelaerd, Defendant

_____
John R. Donovan, Counsel for Defendant

_____
Liam Brennan, Asst. United States Attorney

ACCEPTED

/s/ Sarah A. L. Merriam, USMJ
_____
Sarah A. L. Merriam, U.S.M.J.