UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:17-CR-276 (AWT) |
| MARCEL VAN WOLVELAERD | : |

## ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and the recommendation that the defendant's plea of guilty should be accepted. See Doc. No. 34. Accordingly, a finding of guilty shall enter forthwith, and the case is referred to the United States Probation Office for the preparation of a presentence report.

It is so ordered.

Dated this 18th day of December, 2017 at Hartford, Connecticut.

/s/ Judge Alvin W. Thompson
Alvin W. Thompson
United States District Judge